# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL
AGENCY ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

MAYWOOD BUILDERS SUPPLY CO. and
ATLANTIC WOODWORK CORP.

5  10635 GAO

TO: (Name and Address of Defendant)

> Atlantic Woodwork Corporation
> One Washington Street
> Melrose, MA 01276

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Christopher N. Souris
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

MAR 3 1 2005
DATE

BY DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

April 14, 2005

By virtue of this writ I have made diligent search for the president, treasurer, clerk, cashier, secretary agent or other officer in charge of the business of the within-named judgment debtor corporation ATLANTIC WOODWORK CORPORATION but could not find him/her/them within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

*[signature]*

Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.