AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL AGENCY ET AL

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05 10635 GAO

MAYWOOD BUILDERS SUPPLY CO. and
ATLANTIC WOODWORK CORP.

TO: (Name and Address of Defendant)

Maywood Builders Supply Co.
384 Warren Avenue
Boston, MA 02119

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK



MAR 31 2005

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
         Date         Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 28, 2005
I hereby certify and return that on 4/25/2005 at 10:11AM I served a true and attested copy of the Summons, Complaint and Statement of Damages in this action in the following manner: To wit, by delivering in hand to K. McCarthy, agent and person in charge at the time of service for Maywood Builders Supply Co., at, 384 Warren Avenue, Boston, MA 02119. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   James C. Brooks                                      *James Brooks*
                                                                      Deputy Sheriff