[Certified mail return receipt card addressed to Atlantic Woodwork Corporation, 384 Harren Street, Roxbury, MA 02119, with Roxbury MA postmark dated MAR 15 2006, article number 7002 2410 0002 6056 9327. Filed stamp: "FILED CLERKS OFFICE 21 P 12:46 DISTRICT COURT OF MASS"]

March 17, 2006

TO:     United State District Court
RE:     Civil No. 05-10635 GAO

    I, *William Francis Galvin, Secretary of the Commonwealth*, do hereby certify that I have complied with section 37of Chapter 223 of the Massachusetts General Laws, as amended by Chapter 306 of the Acts of 1945, by forwarding on: March 1, 2006

to:     **Atlantic Woodwork Corporation**
        **384 Harren Street**
        **P.O. Box 190869**
        **Roxbury, MA 02119**

by certified mail, return receipt requested, a copy of an Order of Notice issued by the above named court in the case of:

        **Massachusetts Carpenters Central Collection Agency et al**
        **v.**
        **Atlantic Woodwork Corporation**

The returned receipt is attached hereto

In witness whereof, I have hereunto set my hand at Boston, this 17th day of March 2006

        **WILLIAM FRANCIS GALVIN**
        **SECRETARY OF THE**
        **COMMONWEALTH**