UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL<br>COLLECTION AGENCY, et al<br><br>    Plaintiffs,<br><br>v.<br><br>MAYWOOD BUILDERS SUPPLY COMPANY, INC.<br>and ATLANTIC WOODWORK CORPORATION,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10635-GAO |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, Maywood Builders Supply Co., Inc. 384 Warren Avenue, Boston MA 02119 in the above-captioned action. Defendant Maywood Builders Supply Co., Inc. was served with the complaint on April 28, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: April 11, 2006

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al