# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL

**Plaintiff**

**V.**

CIVIL ACTION

NO. 05-10635-GAO

 MAYWOOD BUILDERS SUPPLY COMPANY, INC.

**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL                            for an order of Default for failure of the Defendant, MAYWOOD BUILDERS SUPPLY COMPANY , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 14 day of APRIL, 2006 .

SARAH A. THORNTON
CLERK OF COURT

By: PAUL LYNESS
Deputy Clerk

**Notice mailed to:**

**(Default Notice.wpd - 3/7/2005)**