UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ETAL

        Plaintiff

   V.

ATLANTIC WOODWORK CORPORATION
        Defendant

CIVIL ACTION

NO. 05-10635-GAO

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL** for an order of Default for failure of the Defendant, **ATLANTIC WOODWORK CORPORATION**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **14** day of **APRIL, 2006**.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

                                    By:   **PAUL S. LYNESS**
                                          Deputy Clerk

**Notice mailed to:**

**(Default Notice.wpd - 3/7/2005)**