UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br><br>Plaintiffs,<br><br>v.<br><br>MAYWOOD BUILDERS SUPPLY COMPANY, INC. and ATLANTIC WOODWORK CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10635-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

O'TOOLE, D.J.

Defendants Maywood Builders Supply Company, Inc. and Atlantic Woodwork Corporation, having failed to plead or otherwise defend in this action and default having been entered on March 27, 2006.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $28.610.40, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $307.00, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendants Maywood Builders Supply Company, Inc. and Atlantic Woodwork Corporation, the sum of $28,917.40 with interest as provided by law.

By the Court,

_Paul S. Lyness_
Deputy Clerk

Dated: 5/11/06

NOTE: The post judgment interest rate effective this date is _4.98_ %.